E. R. THOMAS MOTOR BRANCH COMPANY, Respondent, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

*Thomas Motor Branch Co.* v. *U. S. Fidelity & Guaranty Co.*, 153 App. Div. 32, affirmed.
(Argued May 4, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1912, reversing a judgment in favor of defendant entered upon a verdict directed by the court and directing judgment for the plaintiff in an action to recover upon an undertaking.

*Benjamin E. Messler* for appellant.

*William B. Carswell* and *G. A. McLaughlin* for respondent.

Judgment affirmed, with costs, on opinion of MILLER, J., below.
Concur: WERNER, HISCOCK, COLLIN, CUDDEBACK and CARDOZO, JJ.   Absent: WILLARD BARTLETT, Ch. J.   Not sitting: MILLER, J.